In the Matter of EDWARD J. LIGUORI, an attorney at law.

May 29, 1967. Resignation without prejudice accepted.

In the Matter of LOUIS KRAEMER, an attorney at law.

June 12, 1967. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 49 *N. J.* 400.

In the Matter of MICHAEL J. SCHNITZER, an attorney at law.

June 12, 1967. Reprimanded. Opinion reported at 49 *N. J.* 402.

In the Matter of NATHAN TURESKY, an attorney at law.

June 30, 1967. Respondent suspended from practice until further order of the Court.